UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHACOBIE H. MANNING, | ) | NO. CV 07-4389-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.C. KRAMER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: *March 29, 2012*, ~~2011~~.

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE